IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
SEALED
2020 JUN 17 PM 4:15

OFFICE OF THE CLERK

8:20CR 146

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 1015(e) |
| GRISELDA GENCHI-GARCIA, | 18 U.S.C. § 408(a)(7)(B) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about the 13th day of November, 2017, in the District of Nebraska, the defendant GRISELDA GENCHI-GARCIA, an alien, did knowingly make a false statement under oath on an I-9 form by claiming that she is a citizen of the United States, when in fact she is not, with the intent to engage unlawfully in employment in the United States.

In violation of Title 18, United States Code, Section 1015(e).

## COUNT II

On or about 13th day of November, 2017, in the District of Nebraska, the defendant, GRISELDA GENCHI-GARCIA, with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to her, when in fact such number, ending in XXX-XX-XX45, is not the Social Security account number assigned by the Commissioner of Social Security to her, for purposes of obtaining any benefit to which she is not entitled and to satisfy a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of 42 U.S.C. § 408(a)(7)(B) and subject to sentencing under Title 18.

1

## COUNT III

On or about the 23rd day of August, 2018, in the District of Nebraska, the defendant GRISELDA GENCHI-GARCIA, an alien, did knowingly make a false statement under oath on an I-9 form by claiming that she is a citizen of the United States, when in fact she is not, with the intent to engage unlawfully in employment in the United States.

In violation of Title 18, United States Code, Section 1015(e).

## COUNT IV

On or about 23rd day of August, 2018, in the District of Nebraska, the defendant, GRISELDA GENCHI-GARCIA, with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to her, when in fact such number, ending in XXX-XX-XX45, is not the Social Security account number assigned by the Commissioner of Social Security to her, for purposes of obtaining any benefit to which she is not entitled and to satisfy a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of 42 U.S.C. § 408(a)(7)(B) and subject to sentencing under Title 18.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

for *[signature]*
SEAN P. LYNCH, #25275
Assistant U.S. Attorney